**Kendall SMITH, Plaintiff–Appellant,**

v.

**(EEOC) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**
**Defendant–Appellee,**

**and**

**Communications Workers of America (CWA)—District 2; CWA Local 2336; CWA AFL–CIO; CLC; Verizon Washington DC Inc.; Verizon Maryland**

Inc.; Verizon Communications Inc.; National Labor Relations Board (NLRB), MD & DC; Department of Labor (DOL); Reed Smith LLP, Defendants.

No. 13–1117.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 3, 2013.

Kendall Smith, Appellant Pro Se. Gary John Hozempa, Tracy Hudson Spicer, U.S. Equal Employment Opportunity Commission, Washington, DC, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Smith appeals the district court's order dismissing Smith's civil complaint against the Equal Employment Opportunity Commission. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Equal Emp't Opportunity Comm'n*, No. 8:12–cv–00027–AW, 2012 WL 6727150 (D.Md. Dec. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*